**FILED**

DEC 3 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>    Plaintiff,  )<br>        )<br>  v.  )<br>        )<br>CASIMIRO CRUZ,  )<br>        )<br>        )<br>    Defendant.  )<br>_____) | No. CR 09-01155 PJH<br><br>[~~PROPOSED~~] ORDER DETAINING DEFENDANT CASIMIRO CRUZ PENDING TRIAL<br><br>Date:     December 30, 2009<br>Time:    10:00 a.m.<br>Court:   Hon. Timothy J. Bommer |

     Defendant Casimiro Cruz is charged in a six-count indictment with (1) distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (B)(viii); (2) distribution of methamphetamine within 1,000 feet of a playground, in violation of 21 U.S.C. § 860; and (3) using a communications facility (telephone) to commit/facilitate narcotics trafficking, in violation of 21 U.S.C. § 843(b). On December 30, 2009, this Court heard the United States' motion to detain defendant without bail pending trial. Defendant Cruz was present, in custody, and represented by counsel. The parties proceeded, without objection, by proffer. Both parties had an opportunity before the hearing to review a report prepared by the United States Pretrial Services Agency ("Pretrial Services Report").

[~~PROPOSED~~] ORDER RE: DETENTION
CR 09-01155 PJH                                                     1

After considering the evidence and the parties' arguments, this Court Orders that defendant be detained pending trial. The Court finds that the defendant has failed to rebut the presumption that he is a danger and a flight risk. Furthermore, the United States has demonstrated by clear and convincing evidence that defendant poses a serious risk of danger to the community. The Court further finds that the United States has demonstrated by a preponderance of the evidence that there is a serious risk defendant will flee.

For the reasons stated on the record at the detention hearing, including the following, the Court finds that under 18 U.S.C. § 3142(e), no condition or combination of conditions will reasonably ensure the safety of the community or that defendant will appear for the required court appearances: (1) the government's proffer that in September 2008 defendant twice distributed significant quantities of methamphetamine and that these distributions were recorded via audio and video; (2) the government's proffer that in November 2009 defendant offered to sell an informant methamphetamine and cocaine; (3) the government's proffer that on December 15, 2009, a search warrant was executed at the home defendant's brother Jose Antonio Cruz (who is also indicted and is on federal supervised release) in which ten kilograms of cocaine were seized; (4) the government's proffer that on December 15, 2009, a search warrant was executed at defendant's home and two firearms, ammunition, and a digital scale were recovered; and (5) defendant has significant ties to Mexico.

Based on the foregoing, the United States' motion for detention is GRANTED. IT IS HEREBY ORDERED that:

1. Defendant Cruz be detained pending trial pursuant to 18 U.S.C. § 3142;

2. Defendant Cruz be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeals;

3. Defendant Cruz be afforded reasonable opportunity for private consultation with his counsel; and

4. On order of a court of the United States or on request of an attorney for the

[PROPOSED] ORDER RE: DETENTION
CR 09-01155 PJH                               2

government, the person in charge of the corrections facility where defendant Cruz is confined shall deliver defendant Cruz to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 31, 2009

_____
HONORABLE TIMOTHY J. BOMMER
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: DETENTION
CR 09-01155 PJH                                    3