UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09 01155 PJH (LB) |
| Plaintiff, ) | ORDER LIFTING STAY |
| v. ) | |
| CASIMIRO CRUZ, ) | |
| Defendant. ) | |

The govt has advised the Court's courtroom deputy that it does not intend to appeal the Court's previous order releasing defendant Casimiro Cruz. *See* CR 15. Accordingly, he is ordered released immediately pursuant to the terms and conditions set forth in the "Order Setting Conditions of Release and Bond Form" dated January 29, 2010.

IT IS SO ORDERED.

DATED: February 2, 2010                     /s/ Laurel Beeler
                                            LAUREL BEELER
                                            United States Magistrate Judge

ORDER LIFTING STAY
(CR 09-01155 PJH (LB))