```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Phone:    (415) 431-4500
Facsimile:(415) 255-8631
E-mail: ttduboce@mindspring.com
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO.  CR 09-01155 PJH |
| Plaintiff, ) | |
| ) | **SUBSTITUTION OF ATTORNEY** |
| v. ) | **& ORDER** |
| CASIMIRO CRUZ, ) | |
| Defendant. ) | |

      CASIMIRO CRUZ, defendant herein, hereby substitutes Tony Tamburello of the Law Office of TONY TAMBURELLO, 214 Duboce Avenue, San Francisco, CA 94103 in place and stead of his present attorney, DAVID BILLINGSLEY of the Law Firm of Bonjour, Thorman, Baray and Billingsley, as his attorney of record.

Dated:    February 11, 2010    /S/_____
                                          CASIMIRO CRUZ

      I accept the foregoing substitution.

Dated:    February 11, 2010    /S/_____
                                          TONY TAMBURELLO

**SUBSTITUTION OF ATTORNEY**

I acknowledge and approve of the foregoing substitution.

Dated:     February 11, 2010      /S/_____
                                  DAVID BILLINGSLEY,
                                  Bonjour, Thorman, Baray and
                                  Billingsley

### ORDER

**IT IS HEREBY ORDERED** that attorney Tony Tamburello of the Law Office of TONY TAMBURELLO is hereby substituted in as attorney of record in place and stead of David Billingsley of Bonjour, Thorman, Baray and Billingsley as attorney of record for defendant Casimiro Cruz.

**IT IS SO ORDERED.**

Dated:     February 12, 2010         /s/ Laurel Beeler
                                     MAGISTRATE JUDGE LAUREL BEELER
                                     UNITED STATES DISTRICT COURT

**SUBSTITUTION OF ATTORNEY**

C:\Wp60\Wp60\FD\SUBATTY.cCRUZ.wpd