```
1  TONY TAMBURELLO, SBN: 46037
   LAW OFFICE OF TONY TAMBURELLO
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:    (415) 431-4500
   Facsimile:(415) 255-8631
4  E-mail: ttduboce@mindspring.com
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) NO.  CR 09-01155 PJH |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER ALLOWING TRAVEL OUTSIDE** |
| CASIMIRO CRUZ, | ) **THE NORTHERN DISTRICT** |
| Defendant. | ) |

    Mr. Cruz's wife, is currently pregnant and is receiving prenatal medical care in Solano County where she is also expected to give birth.

    Mr. Cruz and his wife anticipate traveling to Solano County for medical appointments before and after the birth of their child. Since Solano County is outside the Northern District, it is stipulated between the parties that during the pendency of this case Mr. Cruz shall be allowed to travel to Solano County to attend to medical appointments related to necessary medical care associated with his wife, as well as post birth procedures relating their newborn child.

    Assistant United States Attorney, Garth Hire, and Pretrial Service Officer, Tim Elder, have been advised of the modification

**STIPULATION TO TRAVEL OUTSIDE THE NORTHERN DISTRICT**

1  allowing Mr. Cruz to travel to Solano County for medical
2  appointments and they have no objections.
3      All other conditions of pre-trial release for Mr. Cruz shall
4  remain the same.

                                    RESPECTFULLY SUBMITTED,

Dated: February 17, 2010         /S/_____
                                 TONY TAMBURELLO
                                 Attorney for Defendant
                                 CASIMIRO CRUZ


                                 /S)_____
                                 GARTH HIRE
                                 Assistant United States Attorney



IT IS SO ORDERED

DATED: February 16, 2010         _____
                                 LAUREL BEELER
                                 UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO TRAVEL OUTSIDE THE NORTHERN DISTRICT**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Travel.cCRUZ.wpd